UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANDRICA SEWWLL,
Appellant

CIVIL DOCKET NO. 1:19-CV-01286

VERSUS

DISTRICT JUDGE DRELL

COMMISSIONER OF SOCIAL
SECURITY,
Appellee

MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Sewell's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 10th day of February 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT